UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAKAREN MARTINEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENCOMPASS HEALTH REHABILITATION HOSPITAL OF BAKERSFIELD, LLC.,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01312-JLT-CDB<br><br>ORDER GRANTING STIPULATION TO CONTINUE RULE 16 CONFERENCE AND RELATED FILING DEADLINES<br><br>(ECF No. 7) |

On October 13, 2022, Defendant Encompass Health Rehabilitation Hospital of Bakersfield, LLC. ("Defendant") removed this action filed by Plaintiff Anakaren Martinez ("Plaintiff") from Kern County Superior Court. (ECF No. 1). On October 14, 2022, the Court set an initial scheduling conference for January 9, 2023. (ECF No. 5). The Court ordered the parties to provide a joint scheduling report one full week prior to the scheduling conference. *Id*.

On December 30, 2022, the parties filed a stipulation to continue the initial scheduling conference and related filing deadlines as "the parties resolved this matter on December 20, 2022 and will execute a settlement agreement." (ECF No. 7).

///

///

1    Accordingly, having considered the stipulation to continue the scheduling conference and
2 related filing deadlines, and for good cause shown, it is HEREBY ORDRED:
3    1. The scheduling conference set on January 9, 2023, is continued to March 8, 2023, at
4       9:30 a.m., before U.S. Magistrate Judge Christopher D. Baker.
5    2. Not later than one week in advance of the reset scheduling conference (*e.g.*, March 1,
6       2023), the parties SHALL FILE either (a) dispositional documents terminating the
7       case in the event the parties execute a settlement agreement, or (b) a joint scheduling
8       report consistent with the provisions for such report set forth in the Order Setting
9       Mandatory Scheduling Conference (ECF No. 5).
10  IT IS SO ORDERED.
11     Dated:   **December 30, 2022**                    _____
12                                                       UNITED STATES MAGISTRATE JUDGE